## CARRELL, County Assessor, v. BOARD OF COM'RS OF HUGHES COUNTY.

No. 8014—Opinion Filed April 16, 1918.

(172 Pac. 438.)

(Syllabus.)

**Amendment of Statute.**

Same as Pottawatomie County et al. v. Alexander, County Assessor, 68 Okla. 126, 172 Pac. 436, this day decided.

Error from District Court, Hughes County; George C. Crump, Judge.

From a judgment allowing a claim of N. A. Carrell, County Assessor, against Hughes

County, the Board of County Commissioners prosecute error. Reversed and remanded.

W. T. Anglin, for plaintiff in error.

Tom H. Fancher and G. R. Stirman, for defendant in error.

SHARP, C. J. The proceedings in error in this case involve the identical question this day decided in County Commissioners of Pottawatomie County v. Alexander, 68 Okla. 126, 172 Pac. 436. Upon the authority of that case, the judgment of the trial court is reversed, and the cause remanded for further proceedings not inconsistent with the rule announced in the above-entitled cause.

All the Justices concur.